IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JENNIFER CARTWRIGHT, JENNIFER MARTIN, TAMMY MUNNS, KIMBERLY SHERRICK, | ) ) ) ) | |
| | ) | CASE NO. |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **1:18**-cv-**0879** RLY -MPB |
| | ) | COMPLAINT |
| FCA US LLC D/B/A FIAT CHRYSLER AUTOMOTIVES KTP, | ) ) | DEMAND FOR JURY TRIAL |
| Defendant. | ) ) ) | |

## COMPLAINT

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1981 to correct unlawful employment practices on the basis of sex. Jurisdiction is based on 28 U.S.C. § 1331 to provide appropriate relief to Plaintiffs Jennifer Cartwright, Jennifer Martin, Tammy Munns, and Kimberly Sherrick (hereinafter "Cartwright", "Martin", "Munns", and "Sherrick", respectively or "Employees" or "Plaintiffs") who were adversely affected by such practices. The Plaintiffs are current employees of Defendant FCA US LLC d/b/a Fiat Chrysler Automotives KTP, (hereinafter "Fiat" or "Employer" or "Defendant"), and were subjected to sexual harassment because of their sex (female) while employed at FCA US LLC d/b/a Fiat Chrysler Automotives KTP.

### JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3)("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division.

## PARTIES

3. Plaintiff Jennifer Cartwright, an employee of Defendant FCA US LLC d/b/a Fiat Chrysler Automotives KTP, a female who was subjected to sexual harassment at Defendant Employer, is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3). Jurisdiction is based on 28 U.S.C. § 1331.

4. Plaintiff Jennifer Martin, an employee of Defendant FCA US LLC d/b/a Fiat Chrysler Automotives KTP, a female who was subjected to sexual harassment at Defendant Employer, is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3). Jurisdiction is based on 28 U.S.C. § 1331.

5. Plaintiff Tammy Munns, an employee of Defendant FCA US LLC d/b/a Fiat Chrysler Automotives KTP, a female who was subjected to sexual harassment at Defendant Employer, is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3). Jurisdiction is based on 28 U.S.C. § 1331.

6. Plaintiff Kimberly Sherrick, an employee of Defendant FCA US LLC d/b/a Fiat Chrysler Automotives KTP, a female who was subjected to sexual harassment at Defendant Employer, is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3). Jurisdiction is based on 28 U.S.C. § 1331.

7.      At all relevant times, Defendant FCA US LLC d/b/a Fiat Chrysler Automotives KTP, has continuously been a foreign limited liability company doing business in the State of Indiana and the City of Kokomo, Indiana and has continuously had at least fifteen (15) employees.

8.      At all relevant times, Defendant FCA US LLC d/b/a Fiat Chrysler Automotives KTP, has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

STATEMENT OF CLAIMS

9.      More than thirty (30) days prior to the institution of this lawsuit, Plaintiff Jennifer Cartwright filed a Complaint of Discrimination (Charge No. 470-2017-02187) with the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") alleging violations of Title VII by Defendant Employer. *See* Exhibit 1. The EEOC issued a Dismissal and Notice of Rights dated February 22, 2018. Cartwright received the notice on or about February 26, 2018. *See* Exhibit 2. All conditions precedent to the institution of this lawsuit have been fulfilled.

10.     More than thirty (30) days prior to the institution of this lawsuit, Plaintiff Jennifer Martin filed a Complaint of Discrimination (Charge No. 470-2018-00180) with the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") alleging violations of Title VII by Defendant Employer. *See* Exhibit 3. The EEOC issued a Dismissal and Notice of Rights dated December 19, 2017. Martin received the notice on or about December 22, 2017. *See* Exhibit 4. All conditions precedent to the institution of this lawsuit have been fulfilled.

11.     More than thirty (30) days prior to the institution of this lawsuit, Plaintiff Tammy Munns filed a Complaint of Discrimination (Charge No. 470-2017-02189) with the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") alleging violations of Title VII by

Defendant Employer. *See* Exhibit 5. The EEOC issued a Dismissal and Notice of Rights dated February 22, 2018. Munns received the notice on or about February 26, 2018. *See* Exhibit 6. All conditions precedent to the institution of this lawsuit have been fulfilled.

12.     More than thirty (30) days prior to the institution of this lawsuit, Plaintiff Kimberly Sherrick filed a Complaint of Discrimination (Charge No. 470-2017-02186) with the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") alleging violations of Title VII by Defendant Employer. *See* Exhibit 7. The EEOC issued a Dismissal and Notice of Rights dated February 22, 2018. Sherrick received the notice on or about February 26, 2018. *See* Exhibit 8. All conditions precedent to the institution of this lawsuit have been fulfilled.

13.     Since at least April 1, 2015, Defendant Employer has engaged in unlawful employment practices at its Kokomo, Indiana location in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Defendant Employer subjected Plaintiffs to discrimination on the basis of their sex (female), when Fiat Manager Greg Helvie subjected Plaintiffs to sexual harassment. Plaintiffs Cartwright, Martin, Munns and Sherrick were subjected to sexual harassment from Greg Helvie and unwanted sexual advances and touching from Helvie during their employment.

14.     The effect of the practices complained of above has been to deprive Plaintiffs of equal employment opportunities and otherwise adversely affect their status as employees, because of their sex.

15.     The unlawful employment practices complained of above were intentional and reckless.

16.     The unlawful employment practices complained of above were done with malice and reckless indifference to the federally protected rights of Plaintiffs.

## FACTS

### PLAINTIFF JENNIFER CARTWRIGHT

17. Plaintiff Jennifer Cartwright has been employed at FCA US LLC d/b/a Fiat Chrysler Automotives KTP since November 12, 2012 as a Material Handler.

18. Since being employed at Fiat, Cartwright has been subjected to sexual harassment and unwanted sexual advances and touching by Greg Helvie, the Maintenance Supervisor.

19. The first incident for Cartwright began in 2015 when Greg Helvie placed his hand on Cartwright's leg and asked her to engage in sexual activity with him. Cartwright reported it to the Union Representative, but the harassment continued.

20. In December 2016, Greg Helvie wrapped his arms around Cartwright from behind and grabbed her breasts and pressed his fingers in her crotch area. Cartwright reported this incident to Ron Mendenhall, however the harassment continued.

21. In March 2017, Greg Helvie grabbed Cartwright's face with his hands and tried to kiss her and asked her to sit on his lap.

22. On April 26, 2017, Greg Helvie asked Cartwright to come into his office and when she arrived it was very cold. Helvie told Cartwright that the temperature was cold so that he could see her nipples because it turns him on.

23. Cartwright reported the sexual harassment to superiors at the company but nothing was ever done. Greg Helvie continued working at the plant.

24.    On or about July 19, 2017, Plaintiff Jennifer Cartwright filed a Complaint of Discrimination (Charge No. 470-2017-2187) with the U.S. Equal Employment Opportunity Commission regarding the sexual harassment by Defendant Employer.

25.    On or about February 22, 2018, the EEOC issued a Dismissal and Notice of Rights for Plaintiff Jennifer Cartwright's EEOC Charge.

## PLAINTIFF JENNIFER MARTIN

26.    Plaintiff Jennifer Martin has been employed at FCA US LLC d/b/a Fiat Chrysler Automotives KTP since July 29, 2013 in Production.

27.    Since being employed at Fiat, Martin has been subjected to sexual harassment by Greg Helvie, the Maintenance Supervisor.

28.    Martin saw Greg Helvie drink all the time and brag about his relationships with other women. Helvie asked Martin to go get a bottle of liquor out of his office and he tried to give alcohol to women especially if they work overtime.

29.    On April 26, 2017, Martin was working B shift and her toolbox was over in another department. Greg Helvie was on a buggy and he stopped and was talking to Martin and asked her if she wanted to see "dick pics" and if she wanted to go party. Helvie said he was drunk and asked Martin if she could tell he was drunk from his eyes.

30.    A few minutes later Helvie asked Martin to come here and meet him in the tool room. Helvie asked Martin again if she wanted to see "dick pics" and Martin said that she already told him "no". Helvie asked when would Martin want to come by his house and if he

could be her "number 2?" Helvie pulled a picture up on his phone and showed Martin pictures of him having sex with another woman.

31.    On or about October 16, 2017, Plaintiff Jennifer Martin filed a Complaint of Discrimination (Charge No. 470-2018-00180) with the U.S. Equal Employment Opportunity Commission regarding the sexual harassment by Defendant Employer.

32.    On or about December 19, 2018, the EEOC issued a Dismissal and Notice of Rights for Plaintiff Jennifer Martin's EEOC Charge.

<u>PLAINTIFF TAMMY MUNNS</u>

33.    Plaintiff Tammy Munns (formerly Landis) has been employed at FCA US LLC d/b/a Fiat Chrysler Automotives TP since June 15, 1988 as a Tool PreSetter.

34.    Since being employed at Fiat, Munns has been subjected to sexual harassment by Greg Helvie, the Maintenance Supervisor.

35.    Greg Helvie would ask Munns to hold his penis while he urinated.  Helvie would paw at Munns and say things like "you know you want me" and "one night with me and you will never go back to your fiancé" and this happened in early 2017.

36.    On April 26, 2017, Greg Helvie stuck his phone in Munns' face and said, "how do you like my dick" and showed a naked picture of himself with his erected penis.  As Munns turned away to get coffee, Greg slapped Munns on the butt as hard as he could and Munns left the room.

37.    Greg Helvie had grabbed Munns' thighs before but never like this butt slapping incident.  Helvie told Munns "I'm going to be the one that you have your last fling with before you get married."

38.    Munns reported this incident to her Union Representative and Labor Relations, however Greg Helvie continued working at the plant.

39.    On or about July 19, 2017, Plaintiff Tammy Munns filed a Complaint of Discrimination (Charge No. 470-2017-2189) with the U.S. Equal Employment Opportunity Commission regarding the sexual harassment by Defendant Employer.

40.    On or about February 22, 2018, the EEOC issued a Dismissal and Notice of Rights for Plaintiff Tammy Munns' EEOC Charge.

<u>PLAINTIFF KIMBERLY SHERRICK</u>

41.    Plaintiff Kimberly Sherrick has been employed at FCA US LLC d/b/a Fiat Chrysler Automotives KTP since September 24, 2012 as a Machine Operator.

42.    Since being employed at Fiat, Sherrick has been subjected to sexual harassment.

43.    In 2015, Sherrick reported an incident of sexual harassment in which an employee Kevin Piel showed her pictures of his penis.  Sherrick reported the incident to Human Resources, but the paperwork was lost.  To Sherrick's knowledge nothing was done about the incident and after Sherrick transferred to day shift, her front tires were slashed.

44.    On April 26, 2017, Greg Helvie, the Maintenance Supervisor asked Sherrick if she wanted to see his Florida pictures and he showed her pictures of his penis and him having sex.

45.     Helvie told Sherrick that they needed to "hang out".  The incident was reported to Labor Relations.  Prior to this incident, Greg Helvie made comments to Sherrick like "nice ass" and "we need to hang out" and Helvie asked Sherrick to give him her address so he could follow her home.

46.     After the April 26, 2017 incident, Greg Helvie came back to work and Sherrick was not informed for 2 days.  Although Sherrick was the one who reported the incident, Greg Helvie continued working back at the plant and Sherrick was the last to know.

47.     On or about July 19, 2017, Plaintiff Kimberly Sherrick filed a Complaint of Discrimination (Charge No. 470-2017-2186) with the U.S. Equal Employment Opportunity Commission regarding the sexual harassment by Defendant Employer.

48.     On or about February 22, 2018, the EEOC issued a Dismissal and Notice of Rights for Plaintiff Kimberly Sherrick's EEOC Charge.

49.     Plaintiffs suffered pain, embarrassment, anxiety and damages as a result of the sexual harassment.

50.     The conduct of the Defendant Employer FCA US LLC d/b/a Fiat Chrysler Automotives KTP which is complained of herein is in violation of the Civil Rights Act of 1964 (Title VII) as amended.

<u>PRAYER FOR RELIEF</u>

Wherefore, the Plaintiffs seek the following relief from harassment and discrimination and respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment and any other employment practice, which discriminates on the basis of sex.

B.    Order Defendant Employer to institute and carry out policies practices, and programs which protect employees from sexual harassment and provide equal employment opportunities for employees, regardless of sex, or other protected classes, and which eradicate the effects of its past and present unlawful employment practices.

C.    Order Defendant Employer to make Plaintiffs whole by providing compensation for any past and future pecuniary losses (back pay and front pay) resulting from the unlawful employment practices described above, in amounts to be determined at trial.

D.    Order Defendant Employer to make Plaintiffs whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

E.    Order Defendant Employer to pay Plaintiffs punitive damages for its intentional, malicious and reckless conduct described above, in amounts to be determined at trial.

F.    Grant such further relief to the Plaintiffs, as the Court deems necessary and proper in the premises.

G.    Award the Plaintiffs their costs, including attorney fees, pursuant to 42 U.S.C. §2000e-5(k) in this action.

JURY TRIAL DEMAND

The Plaintiffs request a jury trial on all questions of fact raised by this Complaint.

Respectfully submitted,

By: _____

Michelle Smith Scott, Atty. ID #18983-49A
120 E. Market St., Suite 305
Indianapolis, IN 46204
Telephone:  (317) 371-3667
Facsimile:  (317) 376-7043
Email: msmithscott@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing *Complaint* has been served by first-class United States mail, postage prepaid, this 19th day of March, 2018, upon:

FCA US LLC d/b/a Fiat Chrysler Automotives KTP
2401 S. Reed Road
Kokomo, IN 46902

FCA US LLC d/b/a Fiat Chrysler Automotives KTP
c/o CT Corporation System
150 West Market Street, Suite 800
Indianapolis, IN 46204

_____
Michelle Smith Scott, Esq.

Michelle Smith Scott
120 E. Market St., Suite 305
Indianapolis, IN 46204
Telephone:  (317) 371-3667
Facsimile:  (317) 376-7043